J. HERMON McLEAR, Appellant, *v.* JOSEPH BALMAT et al., Defendants, SYLVIA LAKE COMPANY, INCORPORATED, et al., Appellants, and NORTHERN ORE COMPANY et al., Respondents.

*Practice — motion for leave to make payment into court, to amend answer and to reopen trial granted.*

*McLear v. Balmat,* 194 App. Div. 827, affirmed.

(Argued April 19, 1921; decided May 3, 1921.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 31, 1921, which reversed an order of Special Term denying a motion by the Northern Ore Company for leave to make a certain payment into court and to amend its answer so as to show such payment and to reopen the trial in an action to partition certain real property and granted said motion. The following question was certified: " Was it error of law for the Appellate Division to reverse the order of the Special Term denying the motion of the Northern Ore Company for leave to pay the $500 to the county treasurer, to amend its answer and to reopen the trial? "

*George W. Parker* and *Arthur W. Orvis* for plaintiff, appellant.

*Herbert G. McLear, Edgar M. Cullen* and *Luke D. Stapleton* for Sylvia Lake Company et al., appellants.

*Frederic S. Marsell* for Green Hill Mining Company, appellant.

*James B. Emerick* for Frank Mayne, appellant.

*Dallas M. Hazelton* for Vernon Balmat et al., appellants.

*Francis E. Cullen* and *Earl Bancroft* for Northern Ore Company, respondent.

Order affirmed, with costs, and question certified answered in the negative; no opinion.

Concur: Hiscock, Ch. J., Chase, Hogan, Cardozo, Pound, McLaughlin and Andrews, JJ.